Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. CR14-0165RAJ |
|---|---|
| Plaintiff | |
| v. | **ORDER OF FORFEITURE** |
| JUAN GALLINAL, | |
| Defendant. | |

THIS MATTER having come before the Court on the government's motion for entry of an order of forfeiture and and the Court having reviewed the motion and the record in the case, and being fully advised, finds,

On July 7, 2014, Defendant JUAN GALLINAL entered into a Plea Agreement with the United States in which the Defendant entered a guilty plea to the offenses charged in Counts 1 – 4 of the Indictment, Conspiracy to Distribute Controlled Substances by Means of Internet, in violation of Title 21, United States Code, Sections 823(f), 841(h)(1), 841(b)(1)(E), and 846; Conspiracy to Distribute Controlled Substances, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(E), and 846; Conspiracy to Introduce Misbranded Prescription Drugs Into Interstate Commerce, in violation of Title 21, United States Code, Sections 331(a), 333(a)(2), 353(b)(1), and Title 18, United States Code, Section 2; Conspiracy to Commit Money Laundering, in violation of Title 18, United States Code, Sections 1956(a)(1) and (h); and further agreed

ORDER OF FORFEITURE - 1
*U.S. v. Juan Gallinal* (Case No. CR14-0165RAJ)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    to forfeit to the United States a money judgment totaling One Million, Nine Hundred

2    Ninety-Two Thousand, Six Hundred Forty-Three Dollars ($1,992,643.00), representing

3    proceeds obtained as a result of the offenses charged in Counts 1-4 of the Indictment, and

4        Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that

5    the forfeiture consists of a money judgment,"

6        NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND

7    DECREED that the Defendant shall forfeit to the United States:

8        A Money Judgment totaling One Million, Nine Hundred Ninety-Two Thousand,
     Six Hundred Forty-Three Dollars ($1,992,643.00), representing proceeds obtained
9        as a result of the offenses charged in Counts 1-4 of the Indictment,

10

11   which is subject to forfeiture pursuant to Title 21, United States Code, Section 853 and

12   Title 18, United States Code, Section 982(a)(1).

13       IT IS FURTHER ORDERED that the United States District Court shall retain

14   jurisdiction in the case for the purpose of enforcing this Order;

15       IT IS FURTHER ORDERED that pursuant to Rule 32.2(b)(4), this Order of

16   Forfeiture shall become final as to the defendant as of the time of sentencing, and shall be

17   made part of the sentence and included in the judgment;

18       IT IS FURTHER ORDERED that the United States may, at any time, move

19   pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a

20   value not to exceed $1,992,643.00 to satisfy the money judgment in whole or in part; and

21   //

22   //

23   //

24   //

25   //

26   //

27   //

28   //

ORDER OF FORFEITURE - 2
*U.S. v. Juan Gallinal* (Case No. CR14-0165RAJ)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    The Clerk of the Court is directed to send a copy of this Order of Forfeiture to all

2  counsel of record.

3    IT IS SO ORDERED.

4    DATED this 24th day of July, 2015.

5

6

7    The Honorable Richard A. Jones
      United States District Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER OF FORFEITURE - 3
*U.S. v. Juan Gallinal* (Case No. CR14-0165RAJ)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970