Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> JUAN GALLINAL, <br> Defendant. | NO. CR14-165RAJ <br> ORDER TO SEAL |

Having considered the Government's Motion to Seal in the above-captioned case, requesting that the Government's Sentencing Memorandum be allowed to be filed under seal, and the Court finding good cause,

It is hereby ORDERED that the Government's Motion to Seal (Dkt. #309) is GRANTED and the Government's Sentencing Memorandum in this matter shall remain filed under seal.

DATED this 27th day of January, 2017.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

*United States v. Gallinal, CR14-165RAJ*
Government's Order to Seal - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970